# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **CINDY JOHNSON,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:09-cv-124 (HL) |
| **AMBLING COMPANIES,** | : | |
| Defendant. | : | |

## ORDER

On October 15, 2009, this Court ordered Plaintiff to complete and file the "Application to Proceed in District Court Without Prepaying Fees or Costs (IFP)" no later than October 28, 2009. Plaintiff has not filed the application or otherwise responded to the Court's order. Accordingly, Plaintiff's Complaint (Doc. 2) is dismissed without prejudice.

**SO ORDERED**, this the 30th day of October, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh